FILED
08 JUL 24 AM 11:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

CRB (PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 3544

Quillie L. Harvey Jr.

        Plaintiff,

vs.

G. Ponder

        Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Quillie Harvey, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____  1990 BURGER KING
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or                    Yes ____ No ✓
10            self employment
11      b.    Income from stocks, bonds,                 Yes ____ No ✓
12            or royalties?
13      c.    Rent payments?                             Yes ____ No ✓
14      d.    Pensions, annuities, or                    Yes ____ No ✓
15            life insurance payments?
16      e.    Federal or State welfare payments,         Yes ____ No ✓
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                              Yes ____ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.     a.    List amount you contribute to your spouse's support:$ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?    Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ✓ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

_____

8. What are your monthly expenses?

Rent: $_____ Utilities: _____

Food: $_____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  $600. To District Court  $400. To 9TH Circuit
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ____  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  7-16-08                        /s/ Willie Harvey
17  DATE                                    SIGNATURE OF APPLICANT

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **H28106 Harvey, Quillie** for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **14.17** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **25.49**.

Dated: **5/30/08**             *L. Macias*

[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                          REPORT DATE: 05/30/08
                                                                 PAGE NO:          1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: NOV. 01, 2007 THRU MAY  30, 2008

ACCOUNT NUMBER  : H28106                    BED/CELL NUMBER: FCB1T1000000108L
ACCOUNT NAME    : HARVEY, QUILLIE           ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                   TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION       COMMENT      CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
-----   ----  ----------------  ----------   ---------    --------    -----------    -------

11/01/2007    BEGINNING BALANCE                                                         0.00

11/07  FR01  CANTEEN RETUR  701272                                      51.89-         51.89
11/07  FC03  DRAW-FAC 3     1276 C5                                     29.52          22.37
11/08  W512  LEGAL POSTAGE  1296 LPOST                                   4.60          17.77
11/08  W515  COPY CHARGE    1301 COPY                                    0.36          17.41
11/15  W512  LEGAL POSTAGE  1347 LPOST                                   4.60          12.81
11/26  W516  LEGAL COPY CH  1422 LCOPY                                   7.10           5.71
11/27  W512  LEGAL POSTAGE  1432 LPOST                                   0.41           5.30
11/27  W512  LEGAL POSTAGE  1432 LPOST                                   5.30           0.00
12/10  FR01  CANTEEN RETUR  701518                                      29.52-         29.52
12/10  FC03  DRAW-FAC 3     1522 C5                                     27.40           2.12
12/10  W515  COPY CHARGE    1531 COPY                                    0.12           2.00
12/11  D300  CASH DEPOSIT   1545 7131          15.00                                   17.00
12/11  W212  FEDERAL FILIN  1554 NTH                                     3.00          14.00
12/12  W516  LEGAL COPY CH  1559 LCOPY                                   1.00          13.00
12/13  W516  LEGAL COPY CH  1569 LCOPY                                   1.60          11.40
12/13  W512  LEGAL POSTAGE  1575 ENVEL                                   0.80          10.60
12/18  W512  LEGAL POSTAGE  1607 LPOST                                   0.41          10.19
12/18  W512  LEGAL POSTAGE  1607 LPOST                                   4.60           5.59
12/18  W512  LEGAL POSTAGE  1607 LPOST                                   4.60           0.99
12/18  W512  LEGAL POSTAGE  1607 LPOST                                   0.41           0.58
12/20  W512  LEGAL POSTAGE  1633 ENVEL                                   0.58           0.00
       ACTIVITY FOR 2008
 1/08  FR01  CANTEEN RETUR  701750                                      27.40-         27.40
 1/08  FC03  DRAW-FAC 3     1754 C1                                     25.93           1.47
 1/11  D300  CASH DEPOSIT   1805 7230          50.00                                   51.47
 1/11  W212  FEDERAL FILIN  1811 NTH                                    10.00          41.47
 1/11  W515  COPY CHARGE    1808 COPY                                    0.24          41.23
 1/15  D300  CASH DEPOSIT   1834 7241          20.00                                   61.23
 1/15  W212  FEDERAL FILIN  1847 NTH                                     4.00          57.23
 1/16  W512  LEGAL POSTAGE  1859 LPOST                                   0.41          56.82
 1/22  W512  LEGAL POSTAGE  1906 LPOST                                   0.41          56.41
 1/25  W512  LEGAL POSTAGE  1963 LPOST                                   0.41          56.00
 1/25  W512  LEGAL POSTAGE  1963 LPOST                                   0.41          55.59
 1/28  W512  LEGAL POSTAGE  1973 ENVEL                                   0.80          54.79
 2/01  W512  LEGAL POSTAGE  1996 LPOST                                   0.41          54.38
 2/07  W512  LEGAL POSTAGE  2054 LPOST                                   4.60          49.78
 2/07  W512  LEGAL POSTAGE  2054 LPOST                                   5.30          44.48
 2/07  W515  COPY CHARGE    2057 COPY                                    0.36          44.12
 2/08  FC03  DRAW-FAC 3     2088 C1                                     44.12           0.00
 5/02  D310  CHECK DEPOSIT  2797 7660         20.00                                    20.00
```

```
REPORT ID: TS3030  .701                                              REPORT DATE: 05/30/08
                                                                     PAGE NO:        2
                              SALINAS VALLEY STATE PRISON
                              INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: NOV. 01, 2007 THRU MAY 30, 2008

ACCT: H28106         ACCT NAME: HARVEY, QUILLIE                    ACCT TYPE: I
```

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 02/22/2008 | H110 | COPIES HOLD | 2189 COPY | 0.12 |
| 03/19/2008 | H110 | COPIES HOLD | 2437 COPY | 0.12 |
| 04/15/2008 | H110 | COPIES HOLD | 2659 COPY | 0.48 |
| 05/02/2008 | D310 | CHECK DEPOSIT | 2797 7660 | 20.00 |
| 05/09/2008 | H109 | LEGAL POSTAGE HOLD | 2860 LPOST | 2.67 |
| 05/09/2008 | H109 | LEGAL POSTAGE HOLD | 2860 LPOST | 2.84 |
| 05/13/2008 | H110 | COPIES HOLD | 2897 COPY | 0.24 |
| 05/13/2008 | H109 | LEGAL POSTAGE HOLD | 2892 ENVEL | 0.60 |
| 05/13/2008 | H118 | LEGAL COPIES HOLD | 2892 LCOPY | 20.70 |
| 05/16/2008 | H109 | LEGAL POSTAGE HOLD | 2922 LPOST | 4.80 |
| 05/16/2008 | H118 | LEGAL COPIES HOLD | 2922 LCOPY | 7.50 |
| 05/27/2008 | H118 | LEGAL COPIES HOLD | 3014 LCOPY | 1.10 |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 105.00 | 85.00 | 20.00 | 61.17 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5/30/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _L. Macias_ SVSP
TRUST OFFICE

CURRENT AVAILABLE BALANCE

41.17-