CLERK;

Hello

I RECEIVED THE ENClosed IN-
FORMATION SHEET "ECF REGiSTRATioN INFOR-
MATioN HANdouT" WHicH STATEd THAT MY CASE #
CV 08-3544 CRB (PR) HAS BEEN designATEd FoR ECF.

I AM A INCARCERATEd PRo SE litigANT.
I do NoT HAVE AccESS To A CoMPUTER To CARRY
ouT ANY OF THE REQUIREMENTS ECF.

CAN You Tell ME iF I CAN File MY PAPERS
BY SENdiNG All documENTS To THE CourT? THE de-
FENdANTS CouNSEl THROUGH THE MAil AS I HAVE
doNE iN PREVious CASES?

Quillie HARVEY H-28106

P.0. Box 1050

Soledad, CA. 93960

**FILED**

Quillie

AUG 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Quille Harvey H-28106
SALINAS VALLEY STATE PRISON
P.O. BOX 1050 C-1-108
SOLEDAD, CA. 93960

LEGAL MAIL

STATE PRISON
GENERATED MAIL
94102+3661  C004

UNITED STATES POSTAGE
07 1A
0004397458
MAILED FROM ZIP CODE 93960
$ 00.42⁰
AUG 11 2008
PITNEY BOWES

OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102



UNITED STATES POSTAL SERVICE
PITNEY BOWES
$ 00.00⁰
02 1A
0004397458
MAILED FROM ZIP CODE 93960