IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **QUILLIE L. HARVEY, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**G. PONDER, et al.,**<br><br>Defendants. | C 08-3544 CRB (PR)<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

   Defendants Evans, Hedgpeth, Ponder, and Celaya (Defendants) have filed a request for an extension of time of time of sixty days, up to and including, **July 9, 2010**, in which to file a dispositive motion.  This Court has reviewed Defendant's request and the declaration of Brendan M. Kenny, and finds good cause to GRANT the request.  Accordingly, Defendant has until **July 9, 2010** to file a dispositive motion.  Plaintiff shall file an opposition no later than **August 9, 2010**.  Defendant shall file a reply brief no later than fifteen days after Plaintiff's opposition brief is filed with the Court.

Dated:  __May 13, 2010_____

CHARLES R. BREYER
United States

IT IS SO ORDERED
Judge Charles R. Breyer

1

[Proposed] Order Granting Defs.' Mot. Change Time  (C 08-3544 CRB (PR))

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[Proposed] Order Granting Defs.' Mot. Change Time  (C 08-3544 CRB (PR))