IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLIE L. HARVEY, JR., | ) |
| Plaintiff(s), | ) No. C 08-3544 CRB (PR) |
| vs. | ) ORDER |
| G. PONDER, et al., | ) |
| Defendant(s). | ) |

Defendants have filed a motion for summary judgment on plaintiff's remaining equal protection claim. Plaintiff shall file an opposition, or notice of non-opposition, by no later than December 1, 2010 and defendants shall file a reply to any opposition within 15 days thereafter.

SO ORDERED.

DATED: Oct. 20, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Harvey, Q2.or2.wpd